UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 05-305M <br> v. ) <br> ) <br> ALVIN R. SIMMONS, ) DETENTION ORDER <br> ) <br> Defendant. ) <br> _____ ) | |

Offense charged:

    Bank Fraud in violation of 18 U.S.C. § 1344.

Date of Detention Hearing: June 27, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    In the Pretrial Services Report of June 21, 2005, and the First Supplemental Pretrial Services Report of June 27, 2005, defendant's criminal record check reveals an extensive criminal history.

    (2)    Defendant has reported using two aliases, and his criminal-history record reveals he has used three additional aliases, and false identifications.

(3) In addition, defendant's criminal-history records list his use of three different dates of birth, and four Social Security numbers.

(4) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

(5) The defendant has stipulated to detention with the right to renew a motion for release before the United States District Court for the Western District of Pennsylvania.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of June, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge